FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB - 2 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

**TWELFTH COURT OF APPEALS**
**1517 WEST FRONT STREET**
**TYLER, TEXAS 75702**

INEZ MANIGAULT }
}
**Plaintiff** }    **CIVIL ACTION FILE NO.**
**vs.** }    **C-1228321/C1228525**
}
JANE THORN-HENDERSON }    Case No: 12-14-00156-CV
}
and }
FARMERS INSURANCE }
GROUP }

---

### PLAINTIFF'S MOTION TO ENLARGE TIME TO PAY SECOND HALF OF RECORDERS FEES

NOW COMES, Plaintiff, Inez Manigault, moves this Court to extend the time for paying second half of Recorder's fee.

The amount of financial obligation paid between December and January exceeded the amount planned for.

One half balance is still owed for Recorder's record. The balance can be paid on February 27, 2015, with no further delays.

This motion is made in good faith and not merely for purpose of delay.

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished via U. S. mail to James E. Hughes, Esquire, 3400 W. Marshall, Suite 402, Longview, Texas, 75604. When contacted, Attorney Hughes stated "he is no longer the attorney of record for the Defendant." Telephoned, the courts who provided me with the name, address and telephone of the representing attorney.

Respectfully Submitted this 28th day of January 2015.

Inez Manigault (Pro Se)
P. O. Box 81922
Atlanta, Georgia 30366
(678) 547-3914

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have made a reasonable attempt to confer, with all other parties, about the merits of this motion with the following results:

Please refer to non-opposition attached from the attorney.

Inez Manigault (Pro Se)

Cc: Attorney Adam Allen
205 West Locust Street
Tyler Texas, 75702

Respectfully Submitted this 28, day of January 2015.

**Inez Manigault <inezmanigault@gmail.com>**

## Manigault v. Henderson; 12th Court of Appeals

1 message

**Adam Allen** <AAllen@whiteshaverlaw.com>          Wed, Jan 28, 2015 at 4:40 PM
To: "inezmanigault@gmail.com" <inezmanigault@gmail.com>

Dear Ms. Manigault,

Please all this e-mail to serve as appellee's non-opposition to your request for an extension of time to pay for the reporter's record.

Yours very truly,

Adam Allen

White-Shaver, P.C.